|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 07, 2023<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICHARD ALAN ABRUSCI,

        Defendant.

Case No.   2:23-cr-00293-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RICHARD ALAN ABRUSCI,

Case No.  2:23-cr-00293-DJC, Charge 18 U.S.C. § 1343, from custody for the following reasons:

   X   Release on Personal Recognizance

        Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        _____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

   X   30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 07, 2023 at 2:40 p.m.

By: *[signature]*

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE