RICHARD PACHTER
Law Offices of Richard Pachter
555 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 485-1617
Fax: (916) 379-7838
richard@pachterlaw.com

Attorneys for Defendant Richard Alan Abrusci

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-0293 DJC |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| RICHARD ALAN ABRUSCI, | |
| Defendant. | |

WHEREAS on December 7, 2023, Defendant Richard Alan Abrusci was ordered released without Pretrial Supervision with three conditions specified on the record by United States Magistrate Judge Jeremy D. Peterson;

WHEREAS Condition # 3 stated that "You [defendant] shall not engage in gambling or enter a casino, card rooms, or any establishment where gambling occurs."

WHEREAS defendant, who lives in South Lake Tahoe, seeks permission to enter certain establishments that may have multiple uses (such as a restaurant where there might be gaming devices at a bar or a hotel which has a casino but also has other businesses such as restaurants or stores).

IT IS HEREBY STIPULATED by and between the United States of America and defendant Richard Abrusci ("Abrusci"), that Condition # 3 of Defendant's Conditions of Release be modified as follows:

3. Mr. Abrusci shall not engage in any gambling or enter any stand-alone casino or card room except that he may walk through a casino or card room located within a hotel on his way to other locations within such hotel (including, but not limited to, restaurants, stores, or other non-gambling facilities within such hotel).  Mr. Abrusci is allowed to enter and eat at stand-alone restaurants that may have gaming devices at their bar.

Accordingly, the parties request the Court adopt this proposed stipulation and amend the Conditions.

Dated:  December 18, 2023

PHILLIP A. TALBERT
United States Attorney

 /s/ *Nicholas M. Fogg*
NICHOLAS M. FOGG
Assistant U.S. Attorney

Dated:  December 18, 2023

 /s/ *Richard Pachter*
RICHARD PACHTER
Attorney for Defendant

## ORDER

Based on the foregoing stipulation of the parties and good cause appearing, the Court grants the request that the terms of the conditions of release be modified as set forth above.  All other conditions of release are to remain in full force.

**IT IS SO ORDERED**.

Dated: December 19, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

Stipulation for Modification of Pretrial Release Conditions