Kyle R. Knapp, SBN 166597
Attorney at Law
916 2nd Street
2nd Floor
Sacramento, CA 916814
916-441-4717
Fax:916-441-4299
kyleknapp@sbcglobal.net

Attorney for Defendant
RICHARD ABRUSCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD ALAN ABRUSCI,<br><br>Defendant. | Case No.  23-CR-293-DJC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date:   April 11, 20244<br>Time:  9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Nicholas M. Fogg, counsel for Plaintiff and Kyle Knapp, counsel for RICHARD ALAN ABRUSCI, that the status hearing currently set for April 11, 2024, at 9:00 be continued to August 22, 2024 at 9:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on April 11, 2024 at 9:00 a.m.

2. By stipulation, Mr. Abrusci now moves to continue the status conference to August 22, 2024 at 9:00 a.m.

3. To date, the government has produced well over 142,130 pages of discovery, a hard drive containing tera bytes of stored emails and another large volume hard drive will soon be delivered.

4. Counsel for Mr. Abrusci substituted into the case on March 1, 2024 and given the magnitude of the case, the volume of discovery already provided, requires

additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, and explore potential resolutions to the case, and otherwise prepare for trial.

5. Mr. Abrusci believes that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between April 11, 2024 and August 22, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Abrusci in a speedy trial.

Respectfully submitted,

Date: April 5, 2024

*/s/ Kyle Knapp*
Kyle Knapp
Attorney for Mr. Abrusci

Date: April 5, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Nicholas M. Fogg*
Nicholas M. Fogg
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  April 5, 2024                     /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE