Kyle R. Knapp, SBN 166597
Attorney at Law
916 2nd Street
2nd Floor
Sacramento, CA 916814
916-441-4717
Fax:916-441-4299
kyleknapp@sbcglobal.net

Attorney for Defendant
RICHARD ABRUSCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  23-CR-293-DJC |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) |
| | ) Date:   August 22, 20244 |
| RICHARD ALAN ABRUSCI, | ) Time:  9:00 a.m. |
| | ) Judge: Hon. Daniel J. Calabretta |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney

Phillip A. Talbert, through Assistant United States Attorney Nicholas M. Fogg, counsel for

Plaintiff and Kyle Knapp, counsel for RICHARD ALAN ABRUSCI, that the status hearing

currently set for August 22, 2024, at 9:00 be continued to November 21, 2024 at 9:00 a.m.

The parties specifically stipulate as follows:

1.      By previous order, this matter was set for a status on August 22, 2024 at 9:00 a.m.

2.      By stipulation, Mr. Abrusci now moves to continue the status conference to

November 21, 2024, at 9:00 a.m.

3.      To date, the government has produced approximately 1.2 million pages of

discovery.

4.      Counsel for Mr. Abrusci substituted into the case on March 1, 2024 and given the

magnitude of the case, the volume of discovery already provided, requires

additional time to review the discovery, investigate and research possible

Stipulation and Order to Continue Status
Conference and Exclude Time                                    -1-                            *United States v. Abrusci.*
                                                                                              23-CR-293-DJC

1    defenses, research potential pretrial motions, and explore potential resolutions to

2    the case, and otherwise prepare for trial.

3    5.    Most importantly, additional time is requested because my investigator

4    unexpectedly passed away on August 5, 2024.  Her husband is also a member of

5    the defense team charged with developing the defense database.  For obvious

6    reasons work on that task has been delayed.  In sum, counsel may need to start

7    over with a reconstituted defense team.

8    6.    Mr. Abrusci believes that failure to grant the requested continuance would deny

9    him the reasonable time necessary for effective preparation, taking into account

10    the exercise of due diligence.

11    7.    The government does not object to the continuance.

12    8.    For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial

13    Act), the parties request that the time period between August 22, 2024 and

14    November 21, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. §

15    3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance

16    granted by the Court at the defense's request, based on a finding that the ends of

17    justice served by granting the continuance outweighs the best interest of the

18    public, Mr. Abrusci in a speedy trial.

19                                     Respectfully submitted,

20    Date: August 12, 2024            */s/  Kyle Knapp*
                                       Kyle Knapp
21                                     Attorney for Mr. Abrusci

22

23    Date: August 12, 2024            PHILLIP A. TALBERT
                                       United States Attorney
24
                                       */s/ Nicholas M. Fogg*
25                                     Nicholas M. Fogg
                                       Assistant United States Attorney
26                                     Attorneys for Plaintiff

27

28

1

<u>**O R D E R**</u>

2

The Court, having received and considered the parties' stipulation, and good cause

3

appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5

IT IS SO ORDERED.

6

7

8

Dated:  August 13, 2024                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA

9

UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28