ERIC GRANT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RICHARD ALAN ABRUSCI,<br><br>  Defendant. | CASE NO. 2:23-CR-0293 DJC<br><br>STIPULATION REGARDING STATUS CONFERENCE AND FUTURE DATES; FINDINGS AND ORDER<br><br>DATE: August 21, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. DANIEL J. CALABRETTA |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on August 21, 2025 with a trial confirmation hearing on March 26, 2026 and a jury trial scheduled for May 18, 2026. Time has been excluded under the Speedy Trial Act, Local Code T4, until May 18, 2026.

[remainder of page intentionally blank]

2. By this stipulation, the parties jointly move to vacate the August 21, 2025 status conference. Settlement discussions are ongoing. If a settlement is reached before the March 26, 2026 trial confirmation hearing, the parties will ask to have the matter put on calendar for a change of plea.

IT IS SO STIPULATED.

Dated: August 18, 2025

ERIC GRANT
United States Attorney

/s/ NICHOLAS M. FOGG
NICHOLAS M. FOGG
Assistant United States Attorney

Dated: August 18, 2025

/s/ KYLE KNAPP
KYLE KNAPP
Counsel for Defendant
RICHARD ALAN ABRUSCI

## ORDER

IT IS SO FOUND AND ORDERED this 18th day of August, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE