Kyle R. Knapp, SBN 166597
Attorney at Law
916 2nd Street
2nd Floor
Sacramento, CA 916814
916-441-4717
Fax:916-441-4299
kyleknapp@sbcglobal.net

Attorney for Defendant
RICHARD ABRUSCI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>             v.<br><br>RICHARD ALAN ABRUSCI,<br><br>                              Defendant. | CASE NO.  2:23-CR-0293 DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 26, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. DANIEL J. CALABRETTA |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a trial confirmation hearing on March 26, 2026, with a jury trial scheduled for May 18, 2026.

2.      By this stipulation, defendant now moves to continue the trial confirmation hearing and jury trial to August 20, 2026, at 9:00 a.m., and October 19, 2026, at 8:30 a.m., respectively, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has provided reams of discovery associated with this case that includes more than 144,000 pages of bank records, interview reports, other records, over 1.5 million image files and over 3 terabytes of digital evidence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b) Counsel for defendant needs additional time to consult with his client, to review the current charges and discovery, to replace and add members to the investigation team in order to properly conduct investigation, to obtain and additional discovery for this matter, and to prepare pretrial motions, and to otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 26, 2026 to October 19, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 10, 2026

ERIC GRANT
United States Attorney

/s/ NICHOLAS FOGG
NICHOLAS FOGG
Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  March 10, 2026

/s/ KYLE KNAPP
KYLE KNAPP
Counsel for Defendant
RICHARD ALAN ABRUSCI

## ORDER

The Court GRANTS IN FULL the parties' stipulation and SETS a Status Conference for 4/2/2026, at 9:00 a.m., in Courtroom 7 before District Judge Daniel J. Calabretta.

IT IS SO FOUND AND ORDERED this 12th day of March, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3