Kyle R. Knapp, SBN 166597
Attorney at Law
916 2nd Street
2nd Floor
Sacramento, CA 916814
916-441-4717
Fax:916-441-4299
kyleknapp@sbcglobal.net

Attorney for Defendant
RICHARD ABRUSCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD ALAN ABRUSCI,<br><br>Defendant. | Case No. 23-CR-293-DJC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: November 12, 2026<br>Time: 9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Nicholas M. Fogg, counsel for Plaintiff and Kyle Knapp, counsel for RICHARD ALAN ABRUSCI, that the status hearing currently set for November 12, 2026, at 9:00 be continued to December 3, 2026, at 9:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status and potential entry of plea on November 12, 2026, at 9:00 a.m.

2. By stipulation, Mr. Abrusci now moves to continue the status conference to December 3, 2026, at 9:00 a.m.

3. As no motions have been filed, we also ask to vacate the previously set motion hearing date of November 19, 2026.

4. To date, the government has produced approximately 1.2 million pages of discovery.

5. The matter was set for November 12, 2026, for potential entry of plea or to update the court on any progress toward a potential resolution. A revised plea agreement has been tendered, and additional time is needed to work out all final details. Upon information and belief, we have a time exclusion through our trial date on February 22, 2027. The traditional exclusion of time language is included in an excess of caution.

6. Mr. Abrusci believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government does not object to the continuance.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between September 3, 2026 and February 22, 2027, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Abrusci in a speedy trial.

Respectfully submitted,

Date: November 9, 2026

*/s/ Kyle Knapp*
Kyle Knapp
Attorney for Mr. Abrusci

Date: November 9, 2026

ERIC GRANT
United States Attorney

*/s/ Nicholas M. Fogg*
Nicholas M. Fogg
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: November 10, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE